In the Matter of the Application of LENA SCHEIER et al., for Payment of Award Made in Proceedings to Open East Two Hundred and Twenty-second Street in the Borough of The Bronx, City of New York.

MARY F. WADICK, as Executrix of ARTHUR H. WADICK, Deceased, Appellant; LENA SCHEIER et al., Respondents.

*Matter of Scheier*, 159 App. Div. 861, affirmed.
(Argued April 16, 1914; decided May 5, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1913, which reversed an order of Special Term denying a motion to vacate and cancel certain notices of lien.

*Arthur T. O'Leary* and *Cecilia M. Shiel* for appellant.

*Arthur Knox* and *Percy F. Griffin* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.